UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEREGILDO VILCHIS PEREZ,

Petitioner,

v.

THOMAS VALDEZ, et a.,

Respondents.

No. 1:26-cv-02107-DJC-EFB

ORDER

A# 212-492-302

Petitioner Meregildo Vilchis Perez is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus[1] (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2). The Court has previously addressed the legal issues raised in Count of the Petition. *See Morillo v. Albarran*, No. 1:25-cv-01533-DJC-AC, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025); *see also E.L.D.M. v. Becerra*, No. 1:25-cv-01906-DJC-JDP, 2025 WL 3707140 (E.D. Cal. Dec. 22, 2025).

The Court informed the parties that it intended to rule directly on the petition and ordered Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders. (ECF No. 7.)

---

[1] Petitioner has subsequently amended his Petitioner (*see* ECF No. 12), however this amendment is ultimately unnecessary in light of the information provided by Respondents.

1

Respondents noted that there was an acknowledged typographical error in the Petition indicating that Petitioner had been previously encountered by immigration officials (Opp'n at 2 n. 2), and that this case was instead like other cases decided by this Court in which individuals had not had any contact with immigration officials. Having identified other orders issued by the court that concerned detention in the first instance, Respondents state that they "do not have legal arguments to distinguish this case from the Court's prior orders" and that they "do not find material factual differences" either. (*Id.*)  The undersigned appreciates Respondents' candor to the Court.

Neither party objected to the Court ruling directly on the merits of the petition. Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Count 1, for the reasons stated in those prior orders.[2]

Respondents are ORDERED to immediately release Petitioner Meregildo Vilchis Perez from their custody.  Respondents shall not impose any additional restrictions on Petitioner, unless that is determined to be necessary at a future pre-deprivation/custody hearing.  If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.  This Order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal.

---

[2] In the interests of judicial economy, the Court declines to address the remaining grounds for relief in the Petition.

The Clerk of the Court is directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **March 24, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE